### Kent Krabill

**From:** Bob Heath [bheath@bickerstaff.com]
**Sent:** Thursday, July 15, 2010 4:23 PM
**To:** Kent Krabill; nperales@MALDEF.org
**Subject:** Re: Lepak v. City of Irving: Second Amended Complaint_v1.DOC

Kent:

I am sorry to hear about Mr. Sissom and, of course, have no objection to the amendment.

Bob

C. Robert Heath
Bickerstaff Heath Delgado Acosta LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
(512) 472-8021
(512) 404-7821 (Direct)
(512) 320-5638 (Fax)

CONFIDENTIALITY NOTICE -
The information contained in this transmission may be (1) subject to the Attorney-Client Privilege, (2) attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you are notified that you may not disclose, print, copy or disseminate this information. If you have received this transmission in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may be a violation of criminal law.

>>> "Kent Krabill" <kkrabill@lynnllp.com> 7/15/2010 8:47 AM >>>
All:

As you may have heard, one of our plaintiffs, Joe Sissom, recently died. Thus, I need to remove him from this case. I have attached a Second Amended Complaint for your review. The only change in this Complaint is that I have removed Mr. Sissom. If you consent to this amendment, please reply "Agreed" to this email, which will suffice as written consent under FRCP 15(a)(2).

Please let me know if you have any questions.

Thanks,

Kent D. Krabill
Attorney at Law

2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
P 214 981 3831
F 214 981 3839
www.lynnllp.com

LynnTillotsonPinkerCox, LLP


EXHIBIT A

7/15/2010

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Tillotson Pinker & Cox, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

7/15/2010

## Kent Krabill

**From:** Nina Perales [nperales@MALDEF.org]
**Sent:** Thursday, July 15, 2010 4:18 PM
**To:** Kent Krabill; bheath@bickerstaff.com
**Subject:** Re: Lepak v. City of Irving: Second Amended Complaint_v1.DOC

Agreed
Nina Perales
--------------------------
Sent using BlackBerry

---

**From:** Kent Krabill <kkrabill@lynnllp.com>
**To:** Bob Heath <bheath@bickerstaff.com>; Nina Perales
**Sent:** Thu Jul 15 06:47:11 2010
**Subject:** Lepak v. City of Irving: Second Amended Complaint_v1.DOC

All:

As you may have heard, one of our plaintiffs, Joe Sissom, recently died. Thus, I need to remove him from this case. I have attached a Second Amended Complaint for your review. The only change in this Complaint is that I have removed Mr. Sissom. If you consent to this amendment, please reply "Agreed" to this email, which will suffice as written consent under FRCP 15(a)(2).

Please let me know if you have any questions.

Thanks,


Kent D. Krabill
Attorney at Law
................................................................................
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
P 214 981 3831
F 214 981 3839
www.lynnllp.com

**LynnTillotsonPinkerCox, LLP**

---

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Tillotson Pinker & Cox, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

7/15/2010